John F. Cove, Jr. (SBN 212213)
SHEARMAN & STERLING LLP
535 Mission Street, 25th Street
San Francisco, California 94105
Telephone: (415) 616-1100
Facsimile: (415) 616-1199
Email: john.cove@shearman.com

*Attorneys for Petitioner ANZ*
*Commodity Trading Pty Ltd.*

**F I L E D**

JUN – 6 2017

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

IN RE APPLICATION OF ANZ
COMMODITY TRADING PTY LTD. FOR
AN ORDER PURSUANT TO 28 U.S.C.
§ 1782 TO CONDUCT DISCOVERY FOR
USE IN FOREIGN PROCEEDINGS,

*Petitioner.*

CV 17-80070 MISC

Miscellaneous Action No.

**PETITIONER ANZ COMMODITY
TRADING PTY LTD.'S CERTIFICATION
OF INTERESTED ENTITIES OR
PERSONS PURSUANT TO CIVIL
LOCAL RULE 3-15**

**DMR**

1        Pursuant to Civil Local Rule 3-15, the undersigned certifies that, as of this date, the

2   following listed persons, associations of persons, firms, partnerships, corporations (including

3   parent corporations) or other entities (i) have a financial interest in the subject matter in

4   controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject

5   matter or in a party that could be substantially affected by the outcome of this proceeding:

6        ANZ Commodity Trading Pty Ltd.

7        Australia and New Zealand Banking Group Limited

8        ED&F Man Capital Markets Limited

9        ED&F Man Group

10       ED&F Man Holdings Limited

11       Genesis Resources, Inc.

12       Genesis KingHwa LLC

13       Mr. Steven Kao

14       Ms. Melinda Kao

15       East West Bank

16       Come Harvest Holdings Limited

17       Mega Wealth International Trading Limited

18       Access World Logistics (Singapore) Pte Ltd

19       Straits (Singapore) Pte Ltd

20

21  Dated:  June 5, 2017                **SHEARMAN & STERLING LLP**

22

23                            By: _____

24                                  John F. Cove, Jr.

25                            *Attorneys for Petitioner ANZ*
    *Commodity Trading Pty Ltd.*

26                            SHEARMAN & STERLING LLP
    **Henry S. Weisburg**

27                            (hweisburg@shearman.com)

28

                                       1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Jonathan Tompkins**
(jonathan.tompkins@shearman.com)

599 Lexington Avenue
New York, New York 10022
Telephone:   (212) 848-4000
Facsimile:    (212) 848-7179

*Of Counsel*

2

PET. ANZCT'S CERTIFICATION PURSUANT TO          MISC. ACTION NO. _____
CIVIL LOCAL RULE 3-15